Rory J. Linerud, OSB # 970061
rorylinerud@hotmail.com
Linerud Law Firm
PO Box 5734
Salem, OR 97304
Phone: (971) 218-6954
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LORI DUNCAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL No. 3:24-CV-00245-AR |
| ) | |
| COMMISSIONER, SOCIAL ) | ORDER AWARDING FEES |
| SECURITY ADMINISTRATION, ) | PURSUANT TO 42 U.S.C. § 406(b) |
| ) | |
| Defendant. ) | |

Attorney fees in the amount of $10,652.18 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). This fee must be offset by an EAJA fee that was awarded in the amount of $7,900.00. After offset, the net amount of the attorney fee payable is $2,752.18. The Court finds this is a reasonable fee. IT IS SO ORDERED. The additional fee of $2,752.18 shall be made payable and sent to Plaintiff attorney, Rory Linerud.

IT IS SO ORDERED.

DATED this 23rd day of January, 2026.

_____
HONORABLE JEFF ARMISTEAD
UNITED STATES MAGISTRATE JUDGE

ORDER – 406(b) FEES                    1